UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHESTER C. COSBY and )
REBECCA R. PARTIN, )
 )
      Plaintiffs, )
v. )     No. 3:13-CV-177
 )     (VARLAN/SHIRLEY)
THOAMS R. HURLBURT and )
ALPINE LOGISTICS, )
 )
      Defendants. )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants' Motion to Amend Answer [Doc. 11]. Defendants Thomas R. Hurlburt and Alpine Logisitics, LLC (collectively "Defendants"), move the Court for permission to amend their Answer for the purpose of admitting liability as to negligence. Defendants state that the Plaintiffs do not oppose their Motion. [Id. at 1].

The Court finds that the Defendants have complied with Local Rule 15.1 by attaching proposed copies of their amended pleadings. Moreover, the Defendants have shown good cause for amending under Rule 15 of the Federal Rules of Civil Procedure.

For good cause shown and based upon the lack of opposition, the Defendants Motion to Amend Answer **[Doc. 11]** is **GRANTED**. Defendants shall file their proposed, amended Answers in the record on or before **August 16, 2013**.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge